**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>COLORADO CUSTOMWARE, INC.,<br><br>Debtor. | Case No. 13-22227 EEB<br><br>Chapter 11 |

**NOTICE OF MOTION FOR APPROVAL OF DEBTOR-IN-POSSESSION FINANCING**

**OBJECTIONS DUE OCTOBER 11, 2013**

    **YOU ARE HEREBY NOTIFIED** that Colorado Customware, Inc. (the "Debtor") has filed its Motion for Approval of Debtor-In-Possession Financing (the "Motion") with the bankruptcy court and requests the following relief: the Debtor seeks authorization for borrowing of up to $100,000 on the terms and conditions described in the Motion.

    If you oppose the application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

    In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without further notice to creditors or other interested parties.

    DATED: September 27, 2013.

                                          **BROWNSTEIN HYATT FARBER**
                                          **SCHRECK, LLP**

                                          *s/Michael J. Pankow*
                                          Michael J. Pankow, #21212
                                          410 17th Street, Suite 2200
                                          Denver, Colorado 80202
                                          Telephone: (303) 223-1100
                                          Facsimile: (303) 223-1111
                                          mpankow@bhfs.com

                                          *Proposed Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on September 27, 2013, I served by prepaid first class mail a copy of the **NOTICE OF MOTION FOR APPROVAL OF DEBTOR-IN-POSSESSION FINANCING** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R. BANKR. P. and the L.B.R. at the following addresses:

Leo M. Weiss
US Trustee's Office
999 18th St., Ste. 1551
Denver, CO 80202

Colorado Customware, Inc.
736 Whalers Way Bldg F100
Fort Collins, CO 80525

Lori Burge
418 Spinnaker Lane
Fort Collins, Colorado 80525

Perkins Coie LLP
Attention: Norton Cutler
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Fax: 303.291.2400

Robert T. Cosgrove
303 E. 17th Ave.
Ste. 800
Denver, CO 80203-1261

Charles A. Dale, III
One Lincoln Street
Boston, MA 02111

Zach Shaw
2001 S. State St., S-3600
Salt Lake City, UT 84190

Gill Geldreich
PO Box 20207
Nashville, TN 37202-0207

Lori L Winkelman
2 North Central Ave
Phoenix, AZ 85004

Joseph E. Shickich, Jr
1001 4th Ave., Ste. 4500
Seattle, WA 98154-1065

Kimberley H. Tyson
Ireland Stapleton Pryor & Pascoe PC
717 17th Street, Suite 2800
Denver, CO 80202

      */s/Connie Windholz*
      Connie Windholz, Paralegal