## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 13-22227 EEB |
| COLORADO CUSTOMWARE, INC., | Chapter 11 |
| Debtor. | |

### NOTICE OF DEBTOR'S MOTION TO: (A) SELL SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST PURSUANT TO 11 U.S.C. §363(f); (B) ASSUME AND ASSIGN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365; AND (C) APPROVE BIDDING PROCEDURES

### OBJECTIONS DUE OCTOBER 15, 2013
### (AS TO BID PROCEDURES, BREAK-UP FEE
### AND EXPENSE REIMBURSEMENT ONLY)

**YOU ARE HEREBY NOTIFIED** that Colorado Customware, Inc. (the "Debtor") has filed its Motion to: (A) Sell Substantially All Assets Free and Clear of Liens, Claims and Interests Pursuant to 11 U.S.C. § 363(f); (B) Assume and Assign Executory Contracts Pursuant to 11 U.S.C. § 365; and (C) Approve Bidding Procedures (the "Motion") with the bankruptcy court, a copy of the Motion (without exhibits) is attached hereto.

The Debtor is seeking authority to sell substantially all of its assets to N. Harris Computer Corp., an Ontario corp., and Harris Systems USA, Inc., a Delaware corporation. In connection therewith, and as more particularly described in the Motion, the Debtor also requests approval of proposed bidding procedures. The Debtor is proposing the following deadlines: (a) Preliminary bids to be due October 4, 2013, (b) Qualified Bids to be due November 7, 2013, (c) auction, if any, to be held November 13, 2013. The Debtor has also agreed, subject to Court approval, that N. Harris Computer Corp. ("Purchasers") will receive a breakup fee of $100,000 and reimbursement of actual out-of-pocket expenses up to $62,500 in the event that a qualified bidder other than the Purchasers is selected as the Successful Bidder.

**Please be advised that the above-referenced objection deadline only pertains to that part of the Motion regarding approval of the Bid Procedures which provides potential bidders to be financially qualified and requires potential bidders to execute a non-disclosure agreement, and the Break-Up Fee and Expense Reimbursement.** If you oppose the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. You will receive a separate notice as to the proposed sale itself and the related relief.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without further notice to creditors or other interested parties.

DATED:  October 1, 2013.

**BROWNSTEIN HYATT FARBER
SCHRECK, LLP**

_____*s/Michael J. Pankow*_____
Michael J. Pankow, #21212
410 17th Street, Suite 2200
Denver, Colorado  80202
Telephone:  (303) 223-1100
Facsimile:  (303) 223-1111
mpankow@bhfs.com

*Attorneys for the Debtor*

## CERTIFICATE OF MAILING

I hereby certify that on this 1st day of October, 2013 a true and correct copy of the **NOTICE OF DEBTOR'S MOTION TO: (A) SELL SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTEREST PURSUANT TO 11 U.S.C. § 363(f); (B) ASSUME AND ASSIGN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. § 365; AND (C) APPROVE BIDDING PROCEDURES** was sent via U.S. mail, to all interested persons listed on the Court's mailing matrix dated September 20, 2013.

_____*s/Connie Windholz*_____
Connie Windholz, Paralegal

016844\0002\10741923.2

Label Matrix for local noticing
1082-1
Case 13-22227-EEB
District of Colorado
Denver
Fri Sep 20 16:11:00 MDT 2013

Colorado Customware, Inc.
736 Whalers Way Bldg F100
Fort Collins, CO 80525-4883

Microsoft Coproration and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Salt Lake County
Contracts & Procurement Division
2001 South State Street
Suite N4500
Salt Lake City, UT 84190-0001

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

1st Bank
1013 E. Harmony Rd
Fort Collins, CO 80525-3354

4imprint
101 Commerce Street
Oshkosh, WI 54901-4864

A Catered Affair with Connie
3334 Nederland Drive
Loveland, CO 80538-2495

A-Z Party Rental
1588 Riverside Ave
Fort Collins, CO 80524-4326

ABC Distributing
2800 Lakeside Drive
Bannockburn, IL 60015-1280

ADP
301 Remington Street
Fort Collins, CO 80524-2806

ADP Screening & Selection Services
301 Remington Street
Fort Collins, CO 80524-2806

AFCO
310 Grant Street, Suite 1600
Pittsburgh, PA 15219-2318

ALAMO RENT-A-CAR
600 Corporate Park Dr
St. Louis, MO 63105-4204

ALL COPY PRODUCTS INC
PO BOX 41602
PHILADELPHIA, PA 19101-1602

ATT
PO Box 755
Atwater, CA 95301-0755

AW Authentic Inc.
753 Linda Ave
Thornwood, NY 10594-1534

Absolute Graphics, Inc.
2518 Midpoint Dr, Ste 1
Fort Collins, CO 80525-4435

Absolute Shredding
PO Box 813
Windsor, CO 80550-0813

Access Computer Products
451 W 69th Street
Loveland, CO 80538-1191

Accommodations Unlimited
10521 Judicial Drive, Suite 100
Fairfax, VA 22030-5160

Accountemps Div. of Robert Half Internationa
P.O. Box 5024
San Ramon, CA 94583-5024

Adams County, CO
4430 South Adams County Parkway
2nd Floor, Suite C2100
Brighton, CO 80601-8220

Aditi
2002, 156th Ave NE, Suite 200
Bellevue, WA 98007-3828

Advanced Fire & Hydro Services
1554 Riverside Ave
Fort Collins, CO 80524-4326

Advanta
PO Box 31032
Tampa, FL 33631-3032

Advantage Rent-A-Car
23790 E 78th Ave
Denver, CO 80249-6387

Aflac
1932 Wynnton Road
Columbus, GA 31999-0002

Aims Community College
104 E 4th Street
Loveland, CO 80537-5502

Air Care Colorado
835 Se Frontage Road
Fort Collins, CO 80524-8301

AirTran Airways
1800 Phoenix Blvd, Suite 104
Atlanta, GA 30349-5555

Airpath Wireless
400 West Cummings Park, Ste 2850
Woburn, MA 01801-6588

Alan Wood
421 Princeton Rd.
Fort Collins, CO 80525-1741

Alaska Air
PO Box 68900
Seattle, WA 98168-0900

Alexandria, VA
Attn  Ann Radford
Post Office Box 178
Alexandria, VA 22313-1500

Alford & Kalil
8549 Glenbury Court N
Jacksonville, FL 32256-9080

All Copy Products  Denver
4141 Colorado Blvd
Denver, CO 80216-4307

All Document Systems
516 E Pitkin Street
Fort Collins, CO 80524-3817

All Occasion Catering
1236 Juniper Court
Fort Collins, CO 80521-1728

Allegiant Air
3301 North Buffalo
Las Vegas, NV 89129-7450

Allen Designers Inc
1716 N Shelby Oaks Dr, Ste 5
Memphis, TN 38134-7406

Alliance Audio Visual
10754 Noel Street
Los Alamitos, CA 90720-2548

Alliance Financial
1155 N 130th Street
Seattle, WA 98133-7624

Alliance Funding Group
3745 West Chapman Ave, Ste 200
Orange, CA 92868-1656

Alliance Reservation
22601 North 19th Ave, Ste 201
Phoenix, AZ 85027-1321

(p)ALLIED INSURANCE
1100 LOCUST STREET D1-7C-0301
DES MOINES IA 50391-0301

Almaden Marketing Group
2038 Caribou Drive, Suite 200
Fort Collins, CO 80525-4329

AlphaGraphics
4020 S College Ave
Fort Collins, CO 80525-3064

Alpine Arts
112 N College Ave
Fort Collins, CO 80524-2444

Amazon.com
410 Terry Avenue North
Seattle, WA 98109-5210

American Airlines
4333 Amon Carter Blvd
Fort Worth, TX 76155-2664

American Equipment Finance, LLC
258 King George Road
Warren, NJ 07059-5178

An Affair to Remember
498 Snowberry Court
Golden, CO 80403-7782

Anthem BCBS
2000 Corporate Center Drive
Newbury Park, CA 91320-1400

Apache County, AZ
Attn  Rodger Dahozy
P.O. Box 770
St. Johns, AZ 85936-0770

Apex Software
5039 Beckwith Blvd, Ste 109
San Antonio, TX 78249-2294

Apptix
13460 Sunrise Valley Drive, Ste 300
Herndon, VA 20171-3273

Arizona Association of Counties
1910 W Jefferson
Phoenix, AZ 85009-5223

Arkansas Assessors Association
210 S Main Street
Monticello, AR 71655-4730

Arkansas Secretary of State
State Capitol, RM 256
Little Rock, AR 72201

Arlington, VA.
2100 Clarendon Blvd., Ste 511
Arlington, VA 22201-5445

Aspen Enterprises
504 Mail Creek Ct
Fort Collins, CO 80525-3837

Association of Oregon Counties
1201 Court St. NE, Ste 300
Salem, OR 97301-4110

Athletic World Advertising
3340 N College Ave
Fayetteville, AR 72703-3876

Atlantic ComputerTech
3002 Dow Avenue
Tustin, CA 92780-7233

Attain Technologies
7425 S Peoria St #200
Englewood, CO 80112-4168

AvePoint, Inc.
3 Second Street
Jersey City, NJ 07302-3099

Avis Group Holdings, Inc.
6 Sylvan Way
Parsippany, NJ 07054-3826

BME Consulting
1630 Winston Cv.
San Antonio, TX 78260-2467

BMW Financial Services
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7731

BWI Boingo Wireless
10960 Wilshire Blvd, Suite 800
Los Angeles, CA 90024-3711

Banc of America Leasing
305 W Big Beaver Rd
Troy, MI 48084-5223

Bank One
1 Bank One Plaza
Chicago, IL 60670-0001

Bank of America
100 North Tryon St
Charlotte, NC 28202-4031

Bank of America - 2498
PO Box 982238
El Paso, TX 79998-2238

Bank of America-8487
PO Box 982238
El Paso, TX 79998-2238

Bank of the West
180 Montgomery Street
San Francisco, CA 94104-4297

Barry D. Couch
6459 Pacific Street
Omaha, NE 68106-1521

Batteries Plus
1107 W Drake Rd, Ste 400
Fort Collins, CO 80526-6041

Baudville
5380 52nd St SE
Grand Rapids, MI 49512-9765

Bay Area Assessor's Association
585 Fiscal Dr, Rm 104F
Santa Rosa, CA 95403-2819

Beck Total Office Interiors
5300 Eagle Rock Ave Ne #B
Albuquerque, NM 87113-1454

Best Life Dental
2505 McCabe Way
Irvine, CA 92614-6243

Best Rental Inc.
1540 Riverside Ave
Fort Collins, CO 80524-4326

Best Vacumn
5270 E Arapahoe Rd, Ste G7
Centennial, CO 80122-2388

Best Western
6201 N 24th Parkway
Phoenix, AZ 85016-2023

Bidnets Procurement
20A Railroad Ave
Albany, NY 12205-5783

Bill Hunter
2218 Hiawatha Court
Fort Collins, CO 80525-1841

Blue Bay Inc
1228 Lakeview Drive, Suite C
Franklin, TN 37067-3073

BlueStar
3345 Point Pleasant Rd
Hebron, KY 41048-9711

Boulder County Finance
PO Box 471
Boulder, CO 80306-0471

Bradshaw Consulting Sevices
2170 Woodside Executive Ct
Aiken, SC 29803-3809

Budget Rent-A-Car
6 Sylvan Way
Parsippany, NJ 07054-3826

Bull's Eye Direct Mailing
5101 C Tremont Ave
Davenport, IA 52807-1004

Buncombe County, NC
59 Woodfin Pl., Suite 200
Asheville, NC 28801-2433

Business Automation Center
29 Hubble
Irvine, CA 92618-4209

CAA
100 Jefferson County Parkway, Suite 2500
Golden, CO 80419-0001

CACTTC
1415 L Street, Suite 1000
Sacramento, CA 95814-3977

CATA
PO Box 276
Breckenridge, CO 80424-0276

CCI Users Group
201 South Jones Rm 120
Norman, OK 73069-6076

CCTA - ED
PO Box 97
Conejos, CO 81129-0097

CDS Events & Exposit
1901 Bell Avenue
Des Moines, IA 50315-1087

CDW
200 N Milwaukee Ave
Vernon Hills, IL 60061-1577

CHAMPION EXPOSITION SVCS 508-946
3455 W Sunset Rd, Ste L
Las Vegas, NV 89118-3920

CNA Insurance
PO Box 382033
Pittsburgh, PA 15250-8033

CO Division of Real Estate
1560 Broadway
Denver, CO 80202-5111

COLOR PRO PRINTING
2415 East Mulberry, Suite 7
Fort Collins, CO 80524-3752

CORE Development Group
204 S Harding CT
Louisville, CO 80027-9770

CT Corporation Systems
1675 Broadway Ste 1200
Denver, CO 80202-4604

California Pizza
6053 W Century Blvd, 11th Floor
Los Angeles, CA 90045-6400

Canopy Airport Parking
8100 Tower Road
Commerce City, CO 80022-9405

Capital One, F.S.B.
1680 Capital One Dr
McLean, VA 22102-3407

Capital One-4073
PO Box 60599
City of Industry, CA 91716-0599

Capital One-6417
PO Box 60599
City of Industry, CA 91716-0599

Capital Replacement and Technologies Fun
200 West Oak Street
Fort Collins, CO 80521-2713

Capital Solution, LLC
4351 Oakwood Drive
Okemos, MI 48864-2926

Career Builders.com
200 N LaSalle, Suite 100
Chicago, IL 60601-1084

Career Solutions Group
430 Stover St
Fort Collins, CO 80524-2931

Career Track
PO Box 219468
Kansas City, MO 64121-9468

Careerbuilder.com
200 N LaSalle, Suite 100
Chicago, IL 60601-1084

Carole's Cleaning
4129 Shoreline Dr
Fort Collins, CO 80526-4818

Carter County, OK
Attn  Ms. Kim Cain
20  B  Street SW, Rm 101
Ardmore, OK 73401-6415

Catapult
6560 Gunpark Drive, Suite C
Boulder, CO 80301-3374

Center for Neurorehabilitation Services
1045 Robertson St
Fort Collins, CO 80524-3926

Chaffee County Assessor
Chaffee County Assessor
P.O. Box 699
Salida, CO 81201-0699

Chaffee County Treasurer
Diana Wood
P.O. Box 249
Salida, CO 81201-0249

Charlotte Convention Center
501 S College St
Charlotte, NC 28202-1827

Chase
P.O. Box 15594
Wilmington, DE 19886-1304

Chevron
1111 Bagby St, Rm 2469
Houston, TX 77002-2548

Cheyenne County, CO
Ambie Cullens
P.O. Box 36
Cheyenne Wells, CO 80810-0036

Choice City Locksmith
112 N Grant Ave
Fort Collins, CO 80521-2565

Chronical Graphics, Inc.
8210 S Kearney St
Centennial, CO 80112-3002

Cisco Systems Capital Corporation
Lawrence Schwab/Thomas Gaa
Bialson, Bergen & Schwab,
2600 El Camino Real, Suite 300
Palo Alto, CA 94306-1720

Citicard
399 Park Ave
New York, NY 10022-4614

Citrix Systems, Inc
4988 Great America Parkway
Santa Clara, CA 95054-1200

City of Alexandria
301 King Street, Rm 2600
Alexandria, VA 22314-3211

City of Boulder Parking
1777 Broadway
Boulder, CO 80302-6220

City of Denver
201 West Colfax Ave, 1st Fl
Denver, CO 80202-5329

City of Everett Legion Golf
144 West Marine View Drive
Everett, WA 98201-1000

City of Fort Collins
215 N Mason
Fort Collins, CO 80524-4402

City of Loveland
500 E Third Street, Suite 330
Loveland, CO 80537-5700

City of Loveland Parks and Rec
500 E Third Street
Loveland, CO 80537-5773

City of Philadelphia
601 Walnute Street, Ste 325 East
Philadelphia, PA 19106-3314

City of Santa Fe
PO Box 909
Santa Fe, NM 87504-0909

Clear Blue Skies Window Cleaning
2677 W Hampden Ave, Ste A
Sheridan, CO 80110-3282

Clear Image
900 E Lincoln Ave #1
Fort Collins, CO 80524-2517

Cleaver Electrical Services, Inc.
144 Racquette Dr
Fort Collins, CO 80524-2757

Cleveland County, OK
Cleveland County Assessor
201 S. Jones, Suite 120
Norman, OK 73069-6076

Client Systems
Dept. 563
Denver, CO 80291-0563

Co's BMW Center
4150 Byrd Dr
Loveland, CO 80538-9044

Cochise County, AZ
Attn Dave Seward
1415 Melody Lane, Bldg C
Bisbee, AZ 85603-3027

Coleman Electric, LLC
3107 Cumberland Ct
Fort Collins, CO 80526-2746

Collinsworth, Alter, Nielson, Fowler &Do
5979 NW 151st Ste, Ste 105
Hialeah, FL 33014-2400

Color Key Displays, Inc
5803 Byrd Drive
Loveland, CO 80538-8801

Colorado Assessors' Association
100 Jefferson County Parkway, Suite 2500
Golden, CO 80419-0001

Colorado Association of Realtors
309 Inverness Way s
Englewood, CO 80112-5818

Colorado Association of Tax Appraisers
PO Box 276
Breckenridge, CO 80424-0276

Colorado Board  of Real Estate Appraiser
6946 North Academy Blvd #B215
Colorado Springs, CO 80918-1127

Colorado County Treasurer's Association
PO Box 97
Conejos, CO 81129-0097

Colorado Department of Revenue
1375 Sherman St
Denver, CO 80261-2200

Colorado Division of Real Estate
1560 Broadway
Denver, CO 80202-5111

Colorado Public Trustees Association
450 S 4th Ave
Brighton, CO 80601

Colorado Society of CPAs
7887 E Belleview Ave, Suite 200
Englewood, CO 80111-6076

Colorado State Treasurer
200 East Colfax Avenue, Ste 140
Denver, CO 80203-1791

Colorado State University
CSU
Fort Collins, CO 80523-1062

Coloradoan
1300 Riverside Ave
Fort Collins, CO 80524-4353

Coloradoan/Career Builder.com
1300 Riverside Ave
Fort Collins, CO 80524-4353

Comcast
138 W Mountain Ave
Fort Collins, CO 80524

Commerce Bank-Enterprise
PO Box 411036
Kansas City, MO 64141-1036

Commonwealth Of Virginia
PO Box 1197
Richmond, VA 23218-1197

Constant Contact
Resevoir Place, 1601 Trapelo Rd
Waltham, MA 02451-7357

Copy Products
101 E Township Line Rd
Upper Darby, PA 19082-1019

Corcoran Expositions
100 W Monroe St, Ste 1001
Chicago, IL 60603-1956

Core Communications
711 NW 3rd Street
Corvallis, OR 97330-6201

Cort Furniture Rental
4401 Fair Lakes Court
Fairfax, VA 22033-3848

Cory Peach
2701 Featherstar Wy
Fort Collins, CO 80526-2174

Coummunity Outreach Services
1514 E cleveland Ave, Ste 120
Eastpoint, GA 30344-6977

County Assessors Association of Oklahoma
PO Box 1040
Holdenville, OK 74848-1040

County of Arlington, VA.
2100 Clarendon Blvd Ste 6
Arlington, VA 22201-5447

County of Boulder, Colorado
Mark Doherty, Assistant County Attorney
PO Box 471
Boulder, CO 80306-0471

County of San Luis Obispo-Assessor
1050 Monterey St # D360
San Luis Obispo, CA 93408-0002

County of Santa Cruz
701 Ocean St, Rm 130
Santa Cruz, CA 95060-4007

County of Ventura
800 South Victoria Ave
Ventura, CA 93009-1270

Craft Trophy
508 N Link Ln
Fort Collins, CO 80524-2738

Creative Cultivations
1133 Nassau Way
Fort Collins, CO 80525-8874

Crider & Company
2625 Redwing Rd, Ste 130
Fort Collins, CO 80526-2878

DICE Inc.
4101 New Urbandale Dr.
Urbandale, IA 50322

DLT Solutions
13861 Sunrise Valley Drive, Suite 400
Herndon, VA 20171-6126

Dansco Corporation
4313 W Jefferson Blvd
Los Angeles, CA 90016-4114

Data Transfer Solutions
3680 Avalon Park Blvd East, Ste 200
Orlando, FL 32828-9373

DataTek Conversion Systems
3855 Katella Ave #202
Los Alamitos, CA 90720

Datafix, Inc.
5101 W 65th St
Little Rock, AR 72209-3815

Davis County, UT
Mark Langston, IT Director
Davis Cty Memorial Courthouse
Farmington, UT 84025

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602

Deleware North Companies
40 Fountain Plaza
Buffalo, NY 14202-2285

Dell
P.O. Box 22130
Oakland, CA 94623-2130

Dell Commercial Credit
P.O. Box 9020
Des Moines, IA 50368-9020

Dell Financial Services
P.O. Box 9020
Des Moines, IA 50368-9020

Dell Financial Services Credit
P.O. Box 9020
Des Moines, IA 50368-9020

Dell Financial Services Credit
PO Box 81577
Austin, TX 78708-1577

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell- Lincoln
PO Box 81580
Austin, TX 78708

Dell- Otero
PO Box 81577
Austin, TX 78708-1577

Dell- Power Edge Server
PO Box 81581
Austin, TX 78708-1581

Dell-Cheyenne
PO Box 81578
Austin, TX 78708

Dell-Las Animas
PO Box 81579
Austin, TX 78708

Delta Construction, Inc.
208 Racquette Drive
Fort Collins, CO 80524-4851

Deluxe Business Products
3680 Victoria Street North
Shoreview, MN 55126-2966

Department of the Treasury
200 East Colfax Avenue, Ste 140
Denver, CO 80203-1722

Desks4Computers
419 N First St
Montrose, CO 81401-3703

Dick's Last Resort
4700 Hwy 17 South
N Myrtle Beach, SC 29582-5355

Digital River Network
10380 Bren Road West
Minnetonka, MN 55343-9072

Discovery Benefits, Inc.
4321 20th Ave SW
Fargo, ND 58103-7194

Distinctive Welding
700 W Willox Ln
Fort Collins, CO 80524-1147

Dorchester County, SC
Dena Barnhill
201 Johnston Street
St. George, SC 29477-2412

Douglas County Assessor
Douglas County Assessor
301 Wilcox Street
Castle Rock, CO 80104-2440

Douglas County, NE
Attn   Mr. Roger Morrissey, Assessor
Omaha-Douglas Civic Center
Omaha, NE 68183-0004

DynaMetric
11636 Goldring Road
Arcadia, CA 91006-5815

E-470 Express Tolls
22470 E 6th Parkway, Suite 100
Aurora, CO 80018-2425

EAccess Solutions
407 North Quentin Road
Palatine, IL 60067-4832

EKS&H
1321 Oakridge Drive
Fort Collins, CO 80525-5763

ESG
4844 North 300 West, Suite 100
Provo, UT 84604-5670

ESIGNS
PO Box 38205
Houston, TX 77238-8205

ESRI
380 New York Street
Redlands, CA 92373-8100

ESRI Developer
380 New York Street
Redlands, CA 92373-8100

Eagle County
Attn Karen Sheaffer
500 Broadway, Ste. 106
Eagle, CO 81631

Eagle County Treasurer
500 Broadway, Suite 106
Eagle, CO 81631

East River, LLC
2905 Old Dominion Blvd
Alexandria, VA 22305-1627

Edlen Electrical Exhibition Services
6705 S Eastern Ave
Las Vegas, NV 89119-3916

Employment Security Commission
PO Box 25903
Raleigh, NC 27611-5903

EnckResources
1619 Lakeshore Drive
Fort Collins, CO 80525-2420

Engineering Computer Consultants
5832 S. College, Suite C
Fort Collins, CO 80525-3958

Enterprise Car Rental
600 Corporate Park Drive
St. Louis, MO 63105-4211

Epproach Communications
720 N 3rd Stree #400
Wilmington, NC 28401-3474

Ever Bank  Jordy Carter Exp Loan
PO Box 911608
Denver, CO 80291-1608

Everitt Enterprises, Inc
3003 E Harmony Road, Suite 400
Fort Collins, CO 80528-9669

FRII
3350 Eastbrook Drive
Fort Collins, CO 80525-5732

FedEx Kinko's
P.O. Box 672085
Dallas, TX 75267-2085

Ferguson Enterprises
2321 Donella Ct
Fort Collins, CO 80524-1432

First Class Security
3835 W 10th St, Ste 100c
Greeley, CO 80634-1551

First National Bank
1600 N College Ave
Fort Collins, CO 80524-1219

Firstbank
12345 W Colfax Ave
Lakewood, CO 80215-3742

FlexMagic
6450 S Quebec, Suite 5-28
Centennial, CO 80111-4681

Florida Association of Prop Appraisers
403 E Park Ave
Tallahassee, FL 32301-1515

Fort Collins Chamber of Commerce
225 S Meldrum St
Fort Collins, CO 80521-2603

Fort Collins City Attorney
300 LaPorte Ave.
Fort Collins, CO 80521-2719

Fort Collins Coloradoan
1300 Riverside Ave
Fort Collins, CO 80524-4353

Fort Collins Commerce Bank
3700 S College Ave, Ste 10
Fort Collins, CO 80525-3615

Fort Collins Glass & Paint
1308 Riverside Ave
Fort Collins, CO 80524-4353

Fort Collins Heating and A/C
217 Racquette Dr. #7
Fort Collins, CO 80524-4729

Fort Collins Utilities
PO Box 1580
Fort Collins, CO 80522-1580

Fort Collins Winlectric
1616 Riverside ave
Fort Collins, CO 80524-4327

Founders Telecom
4301 W William Cann Dr, Ste B-150 #
Austin, TX 78749-1487

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Freeman Exhibitor Services
2000 Easton Blvd
Des Moines, IA 50317-2544

Front Range Communications, Inc.
4216 Sweetgrass Drive
Loveland, CO 80537-7848

Front Range Community College
4616 S Shields Street
Fort Collins, CO 80526-3812

Front Range Event Rental
3800 Weicker Dr, Ste 2
Fort Collins, CO 80524-9299

Front Range Insurance Group
PO Box 270550
Fort Collins, CO 80527-0550

GFI communications
4309 Emperor Blvd #400
Durham, NC 27703-8046

GIS Colorado
2050 Iliff Ave
Denver, CO 80208-0001

GIS/CAMA
701 Lee St, Suite 680
Des Plaines, IL 60016-4508

Garmin International
1200 E 151st
Olathe, KS 66062-3426

Gates, Kirby & Company, PC
300 Boardwalk Dr, Unit 5b
Fort Collins, CO 80525-3093

Gaurdian
7 Hanover Square
New York, NY 10004-4025

Genesys Conferencing
Department 0938
Denver, CO 80256-0001

George Fern Exposition and Event Service
751 Wyoming Street
Kansas City, MO 64101-1139

Gila County, AZ
Finance Dept
Attn  Accounts Payable
Globe, AZ 85501

Gilpin County Treasurer
203 Eureka Street
Central City, CO 80427

Glenn Ryan
5446 Wishing Well Dr.
Timnath, CO 80547-2332

Global Domains International
701 Palomar Airport Rd
Carlsbad, CA 92011-1028

GoDaddy.com
14455 N Hayden Rd
Scottsdale, AZ 85260-6947

Graham County, AZ
Ms. Darlene Alder
921 Thatcher Blvd.
Safford, AZ 85546-3133

GrapeCity Inc.
720 4th Avenue, Ste 220
Kirkland, WA 98033-8154

Greeley Tribune
501 8th Ave
Greeley, CO 80631-3913

Green Wave Technology
1600 Genessee, Suite 604
Kansas City, MO 64102-1082

Greenlee County, AZ
Linda D. Durr
P.O. Box 777
Clifton, AZ 85533-0777

Greentree & Associates
PO Box 3417
Escondido, CA 92033-3417

Greenville County Treasurer
301 University Rdg, Ste 600
Greenville, SC 29601-3665

Greenwood Cty, S.C.
600 Monument St
Ste. 106
Greenwood, SC 29646-2638

Guaranty Bank and Trust
1331 Sevententh St
Denver, CO 80202-1586

Guardian
7 Hanover Square
New York, NY 10004-4025

Gunnison County Assessor
Kristy McFarland
221 N. Wisconsin, Suite A
Gunnison, CO 81230-2433

Gunnison County Treasurer
Attn   Melody Marks
221 North Wisconsin St.
Gunnision, CO 81230-2298

HOLMES Stamp and Sign
2021 St. Augustine Rd East
Jacksonville, FL 32207-4145

Hands On Technology Transfer, Inc.
14 Fletcher Street, 1Village Sq, Ste 8
Chelmsford, MA 01824

Hat World Inc.
7555 Woodland Dr
Indianapolis, IN 46278-2705

Hawthorne Maintenance Supply
3942 Automation Way
Fort Collins, CO 80525-3433

Headsets.com
211 Austin Street
San Francisco, CA 94109-4519

Heartland Developers Network
10250 Regency Circle #535
Omaha, NE 68114-9625

Hewlett-Packard
8000 Foothills Blvd
Roseville, CA 95747-6588

Hollywood Furniture Co.
2461 Chelsea Ave
Memphis, TN 38108-2404

Holme Roberts & Owne, LLP
1700 Lincoln St, Ste 4100
Denver, CO 80203-4541

Horizon West Property Management, Inc
760 Whalers Way, Ste A200
Fort Collins, CO 80525-3301

Host International Inc.
385 Concord Avenue
Belmont, MA 02478-3083

Houston Casualty
13403 Northwest Freeway
Houlston, TX 77040-6006

Human Resource Management Consultants
2919 W. 17th Ave., #200
Longmont, CO 80503-1658

Humana
500 West Main Street
Louisville, KY 40202-4268

IAAO
314 W 10th Street
Kansas City, MO 64105-1616

IACREOT
2400 Augusta Drive, Suite 250
Houston, TX 77057-4943

IBACKUP.COM PRO SOFTNE
26115 Mureau Road, Suite A
Calabasas, CA 91302-3179

IBM
P.O. Box 676673
Dallas, TX 75267-6673

ICMA
777 North Capitol Street NE, Ste 500
Washington, DC 20002-4290

IPTI
4950 Yonge Street, Ste 2308
Toronto, Canada M2N 6K1

Idaho Association of County Treasurers
501  N Maple #210
Blackfoot, ID 83221-1776

Impressions Management, LLC
4530 Maxwell Drive
Fort Collins, CO 80525-4800

Infragistics, Inc.
50 Millstone Road, Bldg 200, Ste 150
East Winsor, NJ 08520-1415

Innovation First
1519 Interstate 30 West
Greenville, TX 75402-4810

Insight Software Solutions
PO Box 106
Kaysville, UT 84037-0106

Inta Juice
1112 Oakridge Dr, Unit 112
Fort Collins, CO 80525-6242

Integris Partners, Ltd
2720 Council Tree Ave, Ste 224
Fort Collins, CO 80525-6329

Interland, Inc.
1590 Drew Ave, Suite 200
Davis, CA 95618-7848

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philidelphia, PA 19101-7346

Internal Revenue Svc.
301 S. Howes, Room 302
Ft. Collins, CO 80521-2887

Iron Mountain Intellectual Prop Mgmt
2100 Norcross Parkway, Suite 150
Norcross, CA 30071-4903

Jan-Pro Cleaning Systems of Colorado
215 Union Blvd. Suite 210
Lakewood, CO 80228-1840

Joel Berman Glass Studios  U.S.  Inc.
1.1244 Cartwright Street
Vancouver, BC, Canada V6H 3R8

Jones Waldo Attorneys
170 S. Main St., #1500
Salt Lake City, UT 84101-1644

Jordy Carter Commercial Interiors
344 E Foothills Pkwy, Unit 31
Fort Collins, CO 80525-2601

Judicial Arbiter Group, Inc.
1601 Blake St., Suite 400
Denver, CO 80202-1328

KCAA
PO Box 988
Meade, KS 67864-0988

KRP Enterprises
Newport News, VA 23601

Kansas Association of Counties
300 SW 8th Ave., 3rd Floor
Topeka, KS 66603-3941

Kansas City Chapter of IAAO
415 E 12th Street 1M
Kansas City, MO 64106-2706

Kansas County Appraisers Association
PO Box 988
Meade, KS 67864-0988

Kaycee Investments
701 Russell Ave, #H227
Gaithersburg, MD 20877-2676

Key Equipment Finance
1000 South McCaslin Blvd
Superior, CO 80027-9437

Key Hole Lock Shop
2760 Alexander Ct
Fort Collins, CO 80525-2202

LCD Exposition Services
220 E. Augusta
Spokane, WA 99207-2409

Labor Ready Central, Inc.
P.O. Box 31001-0257
Pasadena, CA 91110-0257

Larimer County Assessor's Office
200 W Oak St
Fort Collins, CO 80521-2713

Larimer County Assessor, CO
PO Box 1190
Fort Collins, CO 80522-1190


Larimer County Clerk & Recorder
200 W Oak St
Fort Collins, CO 80521-2713

Larimer County Dept of Natural Resources
200 W Oak St
Fort Collins, CO 80521-2713

Larimer County Sales Tax Dept
200 W Oak St, Sute 4000
Fort Collins, CO 80521-2713


Larimer County Treasurer
200 W Oak St
Fort Collins, CO 80521-2713

Larimer County, CO Treasurer
P.O. Box 1250
Fort Collins, CO 80522-1250

Las Animas County, CO
Dan Espinosa
200 E. First St., Suite 203
Trinidad, CO 81082-3003


Latham & Watkins
Sears Tower- 5800 233 S. Wacker Drive
Chicago, IL 60606-7147

Latitude Geographics Group, Ltd.
200 - 1117 Wharf St
Victoria, BC V8W 1T7

Laurie  Chip  Parks III
2814 Zirkels Court
Fort Collins, CO 80526-6926


Leader's Edge Consulting, Inc.
3274 Nederland Drive
Loveland, CO 80538-2491

Learning Express
29 Buena Vista Street
Devens, MA 01434-5025

Lewan & Associates
PO Box 173704
Denver, CO 80217-3704


Lidke & Associates
10 Inverness Dr E #110
Englewood, CO 80112-5610

Lincoln County Treasurer
103 3rd Ave
Hugo, CO 80821-2000

Lincoln County, CO Assessor
P.O. Box 277
Hugo, CO 80821-0277


Lincoln County, CO Treasurer
James R. Covington
P.O. Box 7
Hugo, CO 80821-0007

Linebarger Goggan Blair & Sampson, LLP
1515 Cleveland Place, Ste 300
Denver, CO 80202-5113

Little Guys Movers, Inc
1807 E Mulberry St
Fort Collins, CO 80524-3525


Lori D. Burge
418 Spinnaker Lane
Fort Collins, CO 80525-5905

Luke's Maintenance & Repair
3805 Capitol Drive
Fort Collins, CO 80526-2905

MO Association of Counties
516 East Capitol Ave
Jefferson City, MO 65101-3008


MadCap Software, Inc.
7777 Fay Avenue, Suite 10
La Jolla, CA 92037-4325

Madden Plumbing, Inc.
309 Greenvale Dr
Fort Collins, CO 80525-3823

Management Productivity Group
2218 Hiawatha Ct.
Fort Collins, CO 80525-1841


Manifest Funding Services
1450 Channel Parkway
Marshall, MN 56258-4005

Markley Motors
3401 S College Ave
Fort Collins, CO 80525-2606

Marriott
350 E Horsetooth Rd
Fort Collins, CO 80525-3130

Marshall & Swift
P.O. Box 26246
Milwaukee, WI 53226-0246

Marshall & Swift/Boeckh, LLC
c/o Lori L. Winkelman
Quarles & Brady LLP
2 N. Central Avenue
Phoenix, AZ 85004-2391

Matthew Kempf
2921 Mount Royal Court
Fort Collins, CO 80526-1357

Matthew Kempf
2921 Mt. Royal Ct
Fort Collins, CO 80526-1357

Mercury
379 N. Whisman Rd.
Mountain View, CA 94043-3969

Microsoft Corp.
One Microsoft Way
Redmond, WA 98052-8300

Microsoft MSDN
One Microsoft Way
Redmond, WA 98052-8300

Microsoft Store
One Microsoft Way
Redmond, WA 98052-8300

Microsoft Tech Support
One Microsoft Way
Redmond, WA 98052-8300

Miramont Sport Center
901 Oakridge Dr
Fort Collins, CO 80525-6224

Mohave County, AZ
Nathan McDaniel
P.O. Box 7000
Kingman, AZ 86402-7000

Momenis Gallery
222 Old Santa Fe Trail
Santa Fe, NM 87501-2141

Montezuma County, CO
Mr. Mark Vanderpool
109 West Main St., Room 310
Cortez, CO 81321-3154

Motion Telecom / Voipwalker
Po Box 6170
North Sydney, NSW 02059-0000

Mountain Media
32 Clinton Street
Saratoga Springs, NY 12866-2169

Mountain States Better Business Bureau
1730 South College Ave, Ste 303
Fort Collins, CO 80525-1073

Mountain States Employers Council
1799 Pennsylvania St
Denver, CO 80203-1310

Multi County Appraisal Trust
c/o Utah Association of Counties
5397 South Vine Street
Salt Lake City, UT 84107-6757

Multnomah County, OR
Administrator - Debra Anderson
501 SE Hawthorne, Rm 175
Portland, OR 97214-3577

Municipal Property Assessment Corporatio
Attn  Deanna Postill
1340 Pickering Parkway
Pickering, ON L1V 0C4

NACo
25 Massachusettes Ave, NW, Ste 500
Washington, DC 20001-1450

NCAAO
UNC-Chapel Hill, Knapp-Sanders Bldg, Cam
Chapel Hill, NC 27599-3330

NCHRA
1112 Oakridge Dr, Ste 104, PMB 207
Fort Collins, CO 80525-6242

NCRAAO
300 W 4th St
Spencer, IA 51301-3806

Nassau Asset Management
400 Post Ave, Ste 300
Westbury, NY 11590-2226

Navajo County, AZ
Cammy Darris
100 East Carter Dr, South Hwy 77
Holbrook, AZ 86025

Nebraska Secretary of State
PO Box 94608
Lincoln, NE 68509-4608

Network Solutions
13861 Sunrise Valley Drive, Ste 300
Herndon, VA 20171-6126

New Mexico Association of Counties
613 Old Santa Fe Trail
Santa Fe, NM 87505-0308

New Mexico Department of Revenue
PO Box 8485
Albuquerque, NM 87198-8485

New Mexico Dept of Workforce Solutions
PO Box 1928
Albuquerque, NM 87103-1928

New Mexico Publice Regulation Commission
P.O. Box 1269
Santa Fe, NM 87504-1269

No Colorado Human Resource Association
1112 Oakridge Dr, Ste 104, PMB 207
Fort Collins, CO 80525-6242


Nora Priegel
1930 Ames Ct
Fort Collins, CO 80526-6109

Norman Custom Cabinets Inc.
622 Sherry Drive
Fort Collins, CO 80524-8486

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640


Northern Colorado Business Report
PO Box 270810
Fort Collins, CO 80527-0810

OSACA
P.O. Box 484
Condon, OR 97823-0484

Office Depot
3500 S. College Avenue
Fort Collins, CO 80525-2630


Office Equipment Finance Services
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

Office Max
2211 S College Ave
Fort Collins, CO 80525-1489

Office of Denver City Attorney
1437 Bannock, St., Room 353
Denver, CO 80202-5375


OfficeTeam
P.O. Box 743295
Los Angeles, CA 90074-3295

Oklahoma County Clerk and Recorder
320 Robert S. Kerr, Room 108
Oklahoma City, OK 73102-3441

Oklahoma County, OK
320 Robert S. Kerr Avenue
Oklahoma City, OK 73102-3457


Oklahoma Secretary of State
2300 N Lincoln Blvd, Room 101
Oklahoma City, OK 73105-4897

Oklahoma Tax Commission
2501 North Lincoln Blvd
Oklahoma City, OK 73194-1001

Oracle
P.O. Box 71028
Chicago, IL 60694-1028


Oracle Partner Network
P.O. Box 44471
San Francisco, CA 94144-4471

Otero County, CO
Ken R. Hood
P.O. Box 511
LaJunta, CO 81050-0511

PA Department of Revenue
PO Box 280502
Harrisburg, PA 17128-0502


PAAF Conference
1828 Riggins Lane
Tallahassee, FL 32308-4885

PC Connection
Route 101A, 730 Milford Rd
Merrimack, NH 03054-4612

Pacific Business Marketing
14930 Moorpartk Stree #202
Sherman Oaks, CA 91403-2574


Parature
Dept CH 17341
Palatine, IL 60055-7341

Park County, CO
P.O. Box 636
Fairplay, CO 80440-0636

Peak Concepts
8400 Pena Blvd
Denver, CO 80249-2008


Pear Commercial Interiors
1515 Arapahoe Street Tower 1, Suite 10
Denver, CO 80202-3150

Peter Webb Public Relations Inc.
6025 S Quebec St #360
Englewood, CO 80111-4596

Pickens County, SC
222 McDaniel Avenue, B-12
Pickens, SC 29671-2752

Pictometry
100 Town Centre Drive, Suite A
Rochester, NY 14623-4260

Pictometry International Corp
100 Town Centre Drive, Suite A
Rochester, NY 14623-4260

Pierce County, Washington
2401 South 35th St, Room 142
Tacoma, WA 98409-7460


Pinal County, AZ
P.O. Box 1348
Florence, AZ 85132-3027

Pinnacle Financial Group
7825 Washington Ave S, Suite 310
Minneapolis, MN 55439-2424

Pinnacle Publishing Inc
2272 Airport Road South
Naples, FL 34112-4837


Pinnacol Assurance
7501 E Lowry Blvd
Denver, CO 80230-7000

Pitney Bowes
P.O. Box 85390
Louisville, KY 40285-5390

Plantronics.com
345 Encinal Street
Santa Cruz, CA 95060-2146


Postnet
1112 Oakridge Dr, Unit 104
Fort Collins, CO 80525-6242

Poudre Fire Authority
Administration 102 Reminton Street
Fort Collins, CO 80524-2834

Prime Signs & Graphics
8 Lovers Lane
Huntington, NY 11743-1858


Principal Financial Group
711 High Street
Des Moines, IA 50392-0001

Principal Life Insurance Company
7979 E Tufts Ave #900a
Denver, CO 80237-2843

Programmer's Paradise Inc
1157 Shrewsbury Avenue
Shrewsbury, NJ 07702-4321


Progressive Business Conferences
384 Technology Drive
Malvern, PA 19355-1315

Project Management Institute
14 Campus Blvd
Newtown Square, PA 19073-3299

Property Appraisers Assoc of Florida, In
1828 Riggins Lane
Tallahassee, FL 32308-4885


Publix
PO Box 407
Lakeland, FL 33802-0407

Quality Assurance Institute
2101 Park Center Drive, Ste 205
Orlando, FL 32835-7614

Quest Software
6500 Emerald Pkwy, Ste 400
Dublin, OH 43016-6234


Rack Solutions
1519 Interstate 30 West
Greenville, TX 75402-4810

Ragan Communications
2 Ragan Ct
Washington, IL 61571-1051

Red Gate Software
144 W Colorado Blvd
Pasadena, CA 91105-1953


Regina Cantu
3336 Mammoth Court
Wellington, CO 80549-3227

Rich & Cartmill Insurance
2738 East 51st Street #400
Tulsa, OK 74105-6228

Rick Fisher Consulting
22 Peninsula Rd
Belvedere, CA 94920-2326


Rick Powell
204 S. Harding Court
Louisville, CO 80027-9770

Riverside County Purchasing and Fleet
2980 Washington St
Riverside, CA 92504-4647

Robert Alers
4954 Dakota Dr
Fort Collins, CO 80528-6355

Rocky Mountain Desk Corp.
3600 Mitchell Dr
Fort Collins, CO 80525-5900

Rocky Mountain Innovation Innitiative
320 East Vine Drive
Fort Collins, CO 80524-2311

Rocky Mountain Oracle
PO Box 621942
Littleton, CO 80162-1942

Rodger Bailey
2102 Kennedy
Loveland, CO 80538-3417

Rutherford County, TN
319 North Maple, Suite 200
Murfreesboro, TN 37130-3661

SCAAO
PO Box 299
Little Mountain, SC 29075-0299

SKYLINE DISPLAY OF COL
6586 S Kenton St, Ste 101
Centennial, CO 80111-6814

SPSS
1213 Paysphere Circle
Chicago, IL 60674-0012

Salt Lake County, UT
Attn   Kevin Jacobs
2001 South State St, N2300
Salt Lake City, UT 84190-0002

Sam's Club
4700 Boardwalk Dr
Fort Collins, CO 80525-3729

Sample & Bailey
375 E Horsetooth Rd. #4200
Fort Collins, CO 80525-3198

Sams Club
PO Box 530981
Atlanta, GA 30353-0981

San Juan County, NM
Attn   Theresa Barrera
100 South Oliver, Suite 400
Aztec, NM 87410-2435

San Miguel County, CO
P.O. Box 506
Telluride, CO 81435-0506

Santa Barbara County, CA
Attn  Rose Rodarte
P.O. Box 159
Santa Barbara, CA 93102-0159

Santa Cruz County, AZ
Felipe A. Fuentes, Jr.
2150 N. Congress Drive
Nogales, AZ 85621-1090

Santa Fe City Attorney
200 Lincoln Avenue
Santa Fe, NM 87501-1904

Sarpy County Clerk's Office
1210 Golden Gate Drive #1250
Papillion, NE 68046-2894

Schlotteritt, LLC
3003 E. Harmony, Suite 400
Fort Collins, CO 80528-9669

Schopf & Weiss, LLP
312 West Randolph St., Suite 300
Chicago, IL 60606-1721

Secretary of State Colorao
1700 Broadway
Denver, CO 80290-1701

Secretary of State Oregon
Public Service Bldg, Suite 180
Salem, OR 97310-0001

SecurCare Self Storage
4815 Boardwalk Dr
Fort Collins, CO 80525-3795

Sedgwick County, CO Assessor
Robert Johnson
315 Cedar St., Suite 200
Julesburg, CO 80737-1563

Sedgwick County, CO Treasurer
Wanda K. Lowery
315 Cedar Street, Suite 210
Julesburg, CO 80737-1563

Signs First
5151 Boardwalk Dr, Unit G1
Fort Collins, CO 80525-6246

Signs Now
1438 Riverside Ave, Ste 102
Fort Collins, CO 80524-4381

Skyriver communications
4810 Eastgate Mall
San Diego, CA 92121-1977

Software Plus
PO Box 820067
Vicksburg, MI 39182-0067

Software Security Solutions
1425 Brentwood St, Ste 13
Lakewood, CO 80214-4064

Software Wholesale Intl.
P.O. Box 2297
Longmont, CO 80502-2297

Soukup, Bush & Associates
2032 Caribou Drive, Suite 200
Fort Collins, CO 80525-4326

Squarei Technologies, Inc.
1315 Oakridge Drive, Suite 100
Fort Collins, CO 80525-7338

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710-0001

State Treasurer Washington
Post Office Box 9034
Olympia, WA 98507-9034

State of Nebraska Administrative Service
PO Box 94847
Lincoln, NE 68509-4847

Stephen A. Miller
1640 Independence Road
Fort Collins, CO 80526-1713

Stephen Fossler Company
3680 Victoria Street North
Shoreview, MN 55126-2906

Sterling  American Equip Finance-Beck an
502 Seventh Ave, 11th Floor
New York, NY 10018

Sterling Bank  American Equip Finance-Be
500 Seventh Ave, 11th Floor
New York, NY 10018-4502

Sterling Bank  American Equip Finance-De
501 Seventh Ave, 11th Floor
New York, NY 10018-5958

Sterling National Bank
650 Fifth Ave
New York, NY 10019-0014

Steve Schlotter
6835 Spanish Bay Drive
Windsor, CO 80550-7029

Steven Wiersma
2236 Shropshire Ave
Fort Collins, CO 80526-1212

Strategic Funding
1501 Broadway, Suite 1515
New York, NY 10036-5505

Strategic Funding Source, Inc.
Jennifer Ballard, Esq.
1501 Broadway, Ste 1515
New York, NY 10036-5505

Sun Life Assurance Company
225 King St W
Toronto, ON M5V 3C5

SunTrust
303 Peachtree St NE
Atlanta, GA 30308-3208

Susan Dussaman
522 Coyote Trail Dr
Fort Collins, CO 80525-8712

Symantec
350 Ellis Street
Mountain View, CA 94043-2202

T-Mobile
12920 SE 38th Street
Bellevue, WA 98006-7305

TAAD
7700 Chevy Chase Dr, Bldg 1, Ste 425
Austin, TX 78752-1654

TAAO
1524 S IH 35, Suite 235
Austin, TX 78704-2600

TYGRIS
10 Waterview Blvd
Parsippany, NJ 07054-7607

Tape4Backup.com
111 Deerwood Road, Suite 200
San Ramon, CA 94583-4445

Tec
File 57158
Los Angeles, CA 90074-7158

TechSmith
2405 Woodlake Drive
Okemos, MI 48864-5910

Techalchemy
Suite 1308, 109 Pitt Street
Sydney, NSW 02000-0000

Techbook Solutions
60 Thoreau Street, Suite 295
Concord, MA 01742-2456

Techxtend
1157 Shrewsbury Ave.
Shrewsbury, NJ 07702-4321

Teller County, CO
P.O. Box 1008
Cripple Creek, CO 80813-1008

Tennessee Department of Labor
220 French Landing Drive
Nashville, TN 37243-1002

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-4015

Tennessee Secretary of State
State Capitol
Nashville, TN 37243-1102

Teton County Assessor
PO Box 583
Jackson, WY 83001-0583

Texas Association of Appraisal Districts
7700 Chevy Chase Dr, Bldg 1, Ste 425
Austin, TX 78752-1558

Texas Association of Counties
P.O. Box 2131
Austin, TX 78768-2131

The Dow Law Firm, LLC
P.O. Box 1578
Fort Collins, CO 80522-1578

The People Business, Inc.
1625 Lakeshore Dr
Fort Collins, CO 80525-2420

The Sidwell Company
675 Sidwell Ct
Saint Charles, IL 60174-3492

The Sign Guy, LLC
15635 SE 114th Ave, Bldg 3, Ste 106
Clackamas, OR 97015-9043

The Software Company, Inc.
34467 Highview Drive
Pine, CO 80470-9704

The UPS Store
2601 S Lemay Ave, Unit 7
Fort Collins, CO 80525-2298

Toolbox Creative
325 Cherry St., No. 104
Fort Collins, CO 80521-2009

Torrance County, NM
Ms. Betty Cabber
Post Office Box 258
Estancia, NM 87016-0258

Toyota Financial Services
19851 Western Avenue
Torrance, CA 90501

Transamerica Retirement Services
100 Light Street
Baltimore, MD 21202-1036

Trellis Group
2656 Eudora Street
Denver, CO 80207-3217

Tulsa County, OK
Attn  Lisa Moore
500 S. Denver Avenue
Tulsa, OK 74103-3838

U.S. Bancorp Equipment Finance, Inc.
PO Box 790448
St. Louis, MO 63179-0448

UMB Bank Colorado/Denver Banking Center
1670 Broadway
Denver, CO 80202-4801

URISA
701 Lee St, Suite 680
Des Plaines, IL 60016-4508

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Express Leasing
10 Waterview Blvd
Parsippany, NJ 07054-7607

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Uintah County, UT
Utah Association of Counties
5397 So. Vine Street
Murray, UT 84107-6757

United Health Care
5901 Lincoln Dr
Minneapolis, MN 55436-1611

United Mileage Plus
PO Box 66100
Chicago, IL 60666-0100

United Parcel Service
55 Glenlake Parkway NE
Atlanta, GA 30328-3498

United States Postal Service
301 Boardwalk Dr
Fort Collins, CO 80525-3000

United States Treasury
1500 Pennsylvania Ave
Washington, DC 20220-0001

Utah Assessor's Association
5397 S Vine Street
Murray, UT 84107-6757

Utah Association of Counties
5397 S Vine Street
Murray, UT 84107-6757

Utah County, UT
Attn  Auditor - AIP
100 East Center St., Suite 3600
Provo, UT 84606-3159

Verizon Wireless
140 West St
New York, NY 10007-2123

Verus Bank of Commerce
3700 S College Ave, Ste 102
Fort Collins, CO 80525-3615

Virtual Genius
2628 S Tennyson Way
Denver, CO 80219-5707

Virtual Graffiti
9979 Muirlands Blvd
Irvine, CA 92618-2508

Virtual Link
111 South Calvert Street, Suite 2700
Baltimore, MD 21202-6143

Vision Appraisal
44 Bearfoot Road
Northboro, MA 01532-1561

Vision Service Plan
3333 Quality Dr
Rancho Cordova, CA 95670-9757

Visionary Integration Professionals
80 Iron Point Circle
Folsom, CA 95630-8592

Vistage International
11452 El Camino Real, Suite 400
San Diego, CA 92130-2043

Vistage Worldwide, Inc.
11452 El Camino Real, Suite 400
San Diego, CA 92130-2043

Vistaprint
95 Hayden Ave
Lexington, MA 02421-7942

VitalChek
PO Box 1703
Brentwood, TN 37024-1703

WACO
206 Tenth Avenue SE
Olympia, WA 98501-1311

WWW.Neweg.com
16839 E Gale Ave
City of Industry, CA 91745-1816

WWW.Newegg.com
16839 E Gale Ave
City of Industry, CA 91745-1816

Wallypark
24200 E 78th Ave
Denver, CO 80249-6301

Walsh Appraisal Company
P.O. Box 25754
Little Rock, AR 72221-5754

Washington County, Utah
87 North 200 East, Suite 202
St. George, UT 84770-5019

Washington Secretary of State
P.O. Box 4023
Olympia, WA 98504-0234

Washington State Assn of Counties
206 Tenth Avenue SE
Olympia, WA 98501-1311

Washington State Assoc Of County Assesso
206 Tenth Avenue SE
Olympia, WA 98501-1311

Washington State Department of Revenue
2101 4th Ave, Suite 1400
Seattle, WA 98121-2300

WebEx Communications, Inc.
16720 Collections Center Dr
Chicago, IL 60693-0167

Weber County, UT
Attn  Accounts Payable
2380 Washington Blvd., Ste 320397 So. Vi
Ogden, UT 84401-1475

Weld County, CO
Attn  Ms. Anita Scrams
915 10th Street
Greeley, CO 80631-1117

Wells Fargo
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Bank
3500 John F Kennedy Pkwy
Fort Collins, CO 80525-2635

Wells Fargo Bank, N.A.
Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Willard & Associates, PC
215 West Oak St., Suite 600
Fort Collins, CO 80521-2749

William Strough
551 Wapola Ct
Fort Collins, CO 80537-3644

WinZip
PO Box 540
Mansfield, CT 06268-0540

Wintronic
1600 Riverside Ave
Fort Collins, CO 80524-4365

Wyoming Department of Revenue
122 West 25th Street, 2-West
Cheyenne, WY 82002-0110

Wyoming Secretary of State
Capitol Bldg, 200 West 24th St
Cheyenne, WY 82002-0001

Xcel Energy
4200 S County Road  15h
Loveland, CO 80537-2667

Xerox Maintainance
2001 Capitol Ave
Cheyenne, WY 82001-3643

Y & L Consulting, Inc.
7550 IH 10 West, Suite #940
San Antonio, TX 78229-5816

Yavapai County, AZ
Ms. Pamela J. Pearsall
1015 Fair Street
Prescott, AZ 86305-1852

Yuma County, CO Assessor
Cindy Taylor
Yuma County Courthouse
Wray, CO 80758

Yuma County, CO Treasurer
Dee Ann Stults
Yuma County Courthouse
Wray, CO 80758

Zoxsoft Corp
PO Box 251906
Los Angeles, CA 90025-9038

dBM Productions, Inc
10111 Jill Ave
Littleton, CO 80130-8027

monster.com
622 Third Ave, 39th Fl
New York, NY 10017-6711

simplesignal
3600 S Yosemite, Sutie 150
Denver, CO 80237

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202-4437

Nora Vik Priegel
1930 Ames Ct.
Fort Collins, CO 80526-6109


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Allied Insurance
1100 Locust Street
Des Moines, IA 50391-1100

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

US Bank
800 Nicollet Mall
Minneapolis, MN 55402


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Marshall & Swift/Boeckh, LLC

(u)Schlotteritt, LLC

(u)Tennessee Department of Revenue c/o TN Att

(u)Vision Government Solutions

(u)A & A Energy Concepts, Inc.

(u)A-2-Z Home Center

(u)Airport Express Shuttle

(u)Airport Limousine

(u)America West

(u)Apex II

(u)Avangate Dbconvert.com

(u)Bill Rousseau

(u)CASA

(u)CGC Computer Giants.com

(u)California Assessors' Association
CA

(u)Canadian Directors of Assessment

(u)Central/Southern Assessors' Association

(u)DBCONVERT.com

(u)DRI Symantec

(u)Drawing Board Business Solutions

(u)First Class Transport

(u)Florida Chapter IAAO
FL

(u)GRAPHICS PRESS TUFTE

(u)Georgia Assn of Assessing Officials

(u)Gray Line Portage

(u)IBM

(u)ICAT

(u)LearnVisualStudio

(u)Marketing Solutions Advantage, Inc.

(u)Missouri State Assessors' Assoc

(u)Mo. State Assessors' Association

(u)Monarch Computers

(u)NewproNet Corp

(u)Niks Transportation

(u)Northern California Assessors' Assn

(u)Office Lease

(u)Rick McElyea

(u)SCATT

(u)State Purchasing Division/GSD

(u)State of Tennessee
State of, TN

(u)State of Utah
State of, UT

(u)State of Washington
State of, WA

(d)Techsmith Corp
2405 Woodlake Drive
Okemos, MI 48864-5910

(d)The Coloradoan
1300 Riverside Ave
Fort Collins, CO 80524-4353

(u)The Web Group

(u)VAAO

(u)WSACA

(u)YourLamps.com

End of Label Matrix
Mailable recipients    589
Bypassed recipients     48
Total                  637